1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

WESTERN DISTRICT OF WASHINGTON

11

| | |
|---|---|
| RICHARD M. CHAMBERS, | Civil No.  C06-310-MJP |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER FOR REMAND |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

18      Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned

19  case be reversed and remanded for de novo administrative proceedings, including the following:

20  the administrative law judge (ALJ) will re-evaluate the medical source evidence, particularly the

21  opinions of Drs. Okey, Litsky, Cove, and the State disability medical consultants; re-evaluate

22  Plaintiff's subjective complaints; ensure that all lay witness testimony and statements are fully

23  evaluated and specific reasons are given for discounting such testimony; further evaluate

24  Plaintiff's mental impairments in accordance with the special technique described in 20 C.F.R. §§

25  404.1520a, 416.920a, and document application of the technique in the decision by providing

26
27
28  Page 1      ~~PROPOSED~~ ORDER- [C06-310-MJP]

specific findings and appropriate rationale for each of the functional areas described in 20 C.F.R. §§ 404.1520a(c), 416.920a(c);further evaluate Plaintiff's residual functional capacity and provide appropriate rationale with specific references to evidence of record in support of the assessed limitations; and, if warranted by the expanded record, obtain supplemental vocational expert testimony.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 21st day of August 2006.

_____
Marsha J. Pechman
United States District Judge

Recommended for Entry
this 18th day of August, 2006.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY    WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2112
Fax:     206-615-2531
thomas.elsberry@ssa.gov

Page 2        ~~PROPOSED~~ ORDER- [C06-310-MJP]